**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1616**

ARRON FREDERICK LEMON,

                    Plaintiff - Appellant,

          v.

JEANNIE JINKYUNG HONG,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.    Ellen  L.  Hollander,  District  Judge. (1:16-cv-00979-ELH)

Submitted:  November 22, 2016        Decided:  November 29, 2016

Before  DIAZ  and  THACKER,  Circuit  Judges,  and  DAVIS,  Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Arron Frederick Lemon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arron Frederick Lemon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Lemon v. Hong, No. 1:16-cv-00979-ELH (D. Md. May 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2